UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| QUIKTRIP CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05 CV 1530 DDN |
| | ) |
| KEHR DEVELOPMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

The court being advised that the Missouri Court of Appeals has ruled the related state court case appeal,

**IT IS HEREBY ORDERED** that the status conference in this action shall remain set for July 6, 2006, at 2:00 p.m. However, counsel for all parties shall appear in person to discuss the case with the court. Because this court has received a copy of only the appellate court order, plaintiff shall file a copy of the memorandum opinion filed in that case.

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on June 15, 2006.