UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| QUIKTRIP CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05 CV 1530 DDN |
| | ) |
| KEHR DEVELOPMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Following the hearing held in open court on July 6, 2006, with counsel for all parties present,

**IT IS HEREBY ORDERED** that this action shall remain stayed until September 5, 2006. On that date, counsel for the parties shall appear before the undersigned for a status hearing at 2:00 p.m.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on July 6, 2006.