```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION

QUIKTRIP CORPORATION,            )
                                 )
            Plaintiff,           )
                                 )
      v.                         )     No. 4:05 CV 1530 DDN
                                 )
KEHR DEVELOPMENT, LLC,           )
                                 )
            Defendant.           )
```

## ORDER

**IT IS HEREBY ORDERED** that a hearing on the motion of plaintiff to compel discovery (Doc. 50) is scheduled for Friday, March 16, 2007, at 11:00 a.m.

　　　　　　　　　　　　　　　　　　　　/S/ David D. Noce
　　　　　　　　　　　　　　　　　　**DAVID D. NOCE**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Signed on March 7, 2007.