```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


QUIKTRIP CORPORATION,         )
                              )
          Plaintiff,          )
                              )
     v.                       )    No. 4:05 CV 1530 DDN
                              )
KEHR DEVELOPMENT, LLC,        )
                              )
          Defendant.          )
```

### ORDER

The court having been advised that the parties have settled this action,

**IT IS HEREBY ORDERED** that the trial and other settings are vacated.

**IT IS FURTHER ORDERED** that the parties are granted thirty days from the date of this order in which to file papers disposing of this matter.

**IT IS FURTHER ORDERED** that any pending motions are denied without prejudice as moot.

                                                       **/S/ David D. Noce**
                                              **DAVID D. NOCE**
                                              **UNITED STATES MAGISTRATE JUDGE**

Signed on May 21, 2007.